B6 Summary (Form 6 - Summary)  (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re   **Sean Dunne** _____   Case No.   **13-50484** _____
                                          Debtor(s)          Chapter    **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7,11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $40,788,507.00 | | |
| B - Personal Property | Yes | 5 | $14,426,322.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | $280,215,656.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $49,771,898.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $612,217,331.16 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $22,003.33 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $21,807.00 |
| **TOTAL** | | 29 | $55,214,829.00 | $942,204,885.16 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re   **Sean Dunne**                 Case No.   **13-50484**
<br>Debtor(s)          Chapter   **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS AND
METHODOLOGY REGARDING SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENTS OF FINANCIAL AFFAIRS OF SEAN DUNNE**

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statement of Financial Affairs (collectively, the "Statements") filed in the United States Bankruptcy for the District of Connecticut (the "Bankruptcy Court") have been prepared pursuant to 11 U.S.C. § 521 and Rule 1007 of the Federal Rules of Bankruptcy Procedure by management of the Debtor with the assistance of his professionals.   The Schedules and Statement are unaudited and were prepared with data reasonably available to the Debtor as of March 29, 2013 (the "Petition Date") or in the reasonable proximity thereof.  These Global Notes and Statement of Limitations and Methodology Regarding the Debtor's Schedules and Statements (the "Global Notes") are incorporated by reference in, and comprise an integral part of, the Schedules and Statements, and should be referred to and reviewed in connection with any review of the Schedules and Statements.

I.    Amendments to Schedules and Statements and General Reservation of Rights

(1)    While the Debtor has exercised his best efforts to ensure that the Schedules and Statements are accurate and complete based on information that was available at the time of preparation, inadvertent errors or omissions may exist.  The Debtor reserves the right to amend the Schedules and Statements from time to time as may be necessary or appropriate.

(2)    Without limiting anything else expressly reserved herein, the Debtor reserves the right to dispute, or to assert offset or defenses to, any claim reflected in the Schedules and/or Statements as to amount, liability and/or classification.

II.    General Assumptions.  The Debtor adopted the following conventions in the preparation of the Schedules and Statements:

(1)    Reporting Date.  Unless otherwise indicated, all asset and liability information is listed as of the Petition Date.

(2)    Conversion to Dollars. In order to provide the value of assets and the amounts of claims in U.S. dollars, the Debtor assumed 1 euro equaled 1.2798 dollars and sterling equaled 1.5151 dollars as of the Petition Date.

(3)    Value of Real Estate.

(a) Except in immaterial cases, the values attributed to the Debtor's real estate in Schedule A or the Debtor's entities' real estate in Schedule B.13, were the values that the Debtor used

in his December 2010 presentation to NAMA.  The values have not been updated.

(b) The percentage figures listed on Schedule A reflect the Debtor's economic interest in the properties.

(4)     Causes of Action.  Despite his reasonable efforts to identify all known assets, the Debtor may not have set forth all of his causes of action or potential causes of action against third parties as assets in his Schedules and Statements.  As discussed above, the Debtor reserves all of his rights with respect to any claims and causes of action he may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claim or cause of action.

(5)     Claims Description.  Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent" or "unliquidated."  The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on his Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated."

(6)     Identity of Creditors. Many of the claims against the Debtor have been assigned to NAMA.  In addition, the Bank of Scotland (Ireland) Limited was the original lender for some loans, which bank became Certus Limited who services the loans for Lloyds Bank (new BOSI parent) which then sold the debts to a completely separate third party, Risali Limited. The Debtor does not have, and has not reviewed the agreements, regarding any such assignments, and it is possible that certain scheduled creditors are no longer creditors of the Debtor and their claims would then be disputed and subsumed within NAMA's claims or the claims of other assignees.

(7)     Effect of Receiverships.  Many of the Debtor's assets have been and continue to be subject to receiverships. Insofar as the Debtor has no involvement in or access to the records of the receiverships, the Debtor's Schedules do not reflect income, expenses, transactions and any other events relating to the properties in receivership which may have affected the Debtor's financial condition as of the Petition Date.

(8)     Notes to Schedule E.  The judgments referred to on Schedule E, including the identity of the judgment creditors are subject to the "in camera rule" and as such are "sealed." The Debtor has been advised by counsel that "nothing discussed in, in camera court proceedings, including the outcome of the case, can be published" as it would be a contempt of court. U.S. bankruptcy counsel has not reviewed the judgments and how they might be construed under U.S. bankruptcy law. The inclusion of the judgments on Schedule E is only a function of their

arising in the family law context. At this time, no conclusion has been reached whether or not all or part of the debts evidenced by the judgments should instead appear on Schedule F.

(9)     Note to Schedules I and J. The Debtor is not a Consumer Debtor; his spouse and minor children are not in bankruptcy. This is not a joint petition, and the Debtor does not contribute to the family income or household expenditure; so the details are omitted from Schedules I and J.

***END OF GLOBAL NOTES***

B6A (Official Form 6A) (12/07)

In re   __**Sean Dunne**_____,                                    Case No.   __**13-50484**_____
                                                Debtor(s)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate.  Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim.  See Schedule D.  If no entity claims to hold a secured interest in the property, write "none" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property  Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband Wife Joint or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **See Detailed Schedule A Attached.** | | - | $40,788,507.00 | $744,902,471.00[1] |
| | | Total: | $40,788,507.00 | |

(Report also on Summary of Schedules)

☐
The Secured claims on Schedule A include blanket subordinate liens, by property; and therefore, the amount of the secured claims on Schedule A exceeds the true amount of the Secured Claims.  Parties are referred to Schedule D for the amount of secured claims against the Debtor.

Sheet 1 of 1 total sheets in Schedule of Real Property

Software Copyright (c) 1996-2009 CCH INCORPORATED - www.bestcase.com                                                        Best Case Bankruptcy

SEAN DUNNE
SCHEDULE A - REAL PROPERTY
Friday, March 29, 2013

| Description and Location of Property | | Share | Nature of Debtor's Interest in Property | Husband, Wife, Joint or Community | 1.2798 USD Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | 1.2798 USD Amount of Secured Claim | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|
| PHD Premises | Cutlery Road, Newbridge, County Kildare | 50% | Freehold | H | $213,300 | 0 | €166,667 | 0 | Unencumbered |
| Cutlery Road (Second Unit) | Cutlery Road, Newbridge, County Kildare | 50% | Freehold | H | $76,788 | 0 | €60,000 | 0 | Unencumbered |
| West Bank House | Cutlery Road, Newbridge, County Kildare | 50% | Freehold | H | $110,916 | 0 | €86,667 | 0 | Unencumbered |
| X-tec Premises | Newbridge, County Kildare | 50% | Freehold | H | $85,320 | 0 | €66,667 | 0 | Unencumbered |
| 22, 26, 40 and 42 Hollybrook | Brighton Road, Foxrock, Dublin 14 | 100% | Long Leasehold (Receivership) | H | $3,839,400 | 0 | €3,000,000 | 0 | Joint Security |
| Lands at Woodtown | Rathfarnham, Dublin 16 | 100% | Freehold (Receivership) | H | $2,559,600 | $19,684,604 | €2,000,000 | €15,381,000 | Joint Security |
| 72-80 North Wall Quay (Part site (20%) - balance owned by | North Wall Quay, Dublin 1 | 20% | Free & Long Lease(Receivership) | H | $767,880 | $281,891,308 | €600,000 | €220,262,000 | Joint Security. Debt also listed at B.13. 2nd charge granted to NAMA] |
| 15-17 City Quay | City Quay, Dublin 2 | 100% | Free & Long Lease(Receivership) | H | $1,267,002 | 0 | €990,000 | 0 | |
| 32% of Zed Candy Site (Balance owned by WKPCL) | Church Street, Kilcock, County Kildare | 32% | Free & Long Lease(Receivership) | H | $1,228,608 | $270,337,273 | €960,000 | €211,234,000 | Debt also listed at B.13. 2nd change granted to NAMA |
| Riverside IV Lot 2 | Sir John Rogerson's Quay, Dublin 2 | 100% | Long Leasehold (Receivership) | H | $255,960 | $14,002,292 | €200,000 | €10,941,000 | Debt also listed at B.13 |
| Agricultural Lands at Oakleigh Park | Celbridge, County Kildare | 100% | Freehold | H | $831,870 | $102,061,490 | €650,000 | €79,748,000 | |
| E2 Lands, Southern Site, Charlesland (50% JV interest in 7. | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $690,708 | 0 | €539,700 | 0 | |
| Northern Site, Charlesland (50% JV interest in 19 acres - Re | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $3,678,287 | 0 | €2,874,111 | 0 | |
| Northern Site, Charlesland (50% JV interest in 5.19 acres - | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $502,378 | 0 | €392,544 | 0 | |
| R761 Site, Charlesland (50% JV interest in 7.16 acres - Res | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $677,863 | 0 | €529,663 | 0 | Joint Security & second charges granted to UB and 3rd charges granted to NAMA. Debt also listed at B13 |
| 3 Trout Site, Charlesland (50% JV interest in 3.21 acres. | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $298,228 | 0 | €233,027 | 0 | |
| IDA Site, Charlesland (50% JV interest in 6.92 acres | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $669,449 | 0 | €523,089 | 0 | |
| Charlesland Wood, Charlesland (50% JV interest in 2 Resid | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $734,434 | 0 | €573,866 | 0 | |
| Seabourne, Charlesland (50% JV interest in 22 Residential | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $1,279,800 | $12,798,000 | €1,000,000 | €10,000,000 | |
| Charlesland Retail and Leisure Centre (50% JV interest) | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $5,119,200 | $17,764,904 | €4,000,000 | €13,881,000 | |
| 23 Serpentine Avenue and Rear Site | Ballsbridge, Dublin 4 | 100% | Free & Long Lease(Receivership) | H | $2,047,680 | $3,217,417 | €1,600,000 | €2,514,000 | |
| Mountbrook Apartments - 10A and 20A | Mountbrook, Dublin 4 | 100% | Long Leasehold (Receivership) | H | $1,023,840 | 0 | €800,000 | | |
| 67 Merrion Square | 67 Merrion Square, Dublin 2 | 100% | Long Leasehold (Receivership) | H | $1,279,800 | 0 | €1,000,000 | | Joint Security |
| 10 Gateway Apartments | Ballymun, Dublin 9 | 100% | Long Leasehold (Receivership) | H | $1,919,700 | $7,787,583 | €1,500,000 | €6,085,000 | |
| Ouragh - PPR | Shrewsbury Road, Ballsbridge, Dublin 4 | 100% | Freehold | H | $9,598,500 | $15,357,600 | €7,500,000 | €12,000,000 | |
| 10, The Laurels, Carlow, Co. Carlow | 10, The Laurels, Carlow, Co. Carlow | 50% | Freehold | H | $31,995 | 0 | €25,000 | 0 | Life tenancy granted |
| **Common area lands from previous developments yet to be taken by residents/local authorities** | | | | | | | | | |
| Portarlington lands | | 100% | Freehold | H | 0 | 0 | 0 | 0 | No value |
| Portlaoise lands | | 100% | Freehold | H | 0 | 0 | 0 | 0 | No value |
| Celbridge lands | | 100% | Freehold | H | 0 | 0 | 0 | 0 | No value |
| Coneyburrow lands | | 100% | Freehold | H | 0 | 0 | 0 | 0 | No value |
| | | | | | $40,788,507 | $744,902,471 | €31,871,001 | €582,046,000 | |

Total Actual Borrowings (excluding second charges) - $302,370,667 (€236,264,000)

B6B (Official Form 6B) (12/07)

.

In re    **Sean Dunne**                                                                    ,    Case No.    **13-50484**
Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on Hand** | - | **960.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Allied Irish Bank** **Account Ending 8032** **Debtor's interest is 1/2** | - | **0.00** |
| | | **Allied Irish Bank** **Rental Property Account** **Account Ending 6073** | - | **0.00** |
| | | **Allied Irish Bank** **Stg Account** **Account Ending 3182** | - | **0.00** |
| | | **Allied Irish Bank** **Account Ending 6230** | - | **0.00** |
| | | **Allied Irish Bank** **Business Account** **Account Ending 6027** **Account frozen by AIB** | - | **20,492.00** |
| | | **Allied Irish Bank** **Deposit Account** **Account Ending 6456** | - | **0.00** |
| | | **Bank of Ireland** **Deposit Account** **Account Ending 2544** | - | **13.00** |
| | | **Bank of Scotland** **Mortgage Interest Prepayment** **Account Ending 5102** **Debtor's Interest is 1/2** | - | **0.00** |
| | | **Bank of Ireland** **Deposit Account** **Account Ending 4914** **Debtor's Interest is 1/2** | - | **0.00** |

Sub-Total >    **21,465.00**
(Total of this page)

__4__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                                            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Sean Dunne**                                                    ,      Case No.   **13-50484**
_____
                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Allied Irish Bank** **30 day notice** **Account Ending 4112** **Account frozen by AIB** | - | 43,358.00 |
| | | **Peoples United Bank** **Deposit Account** **Account Ending 3395** | - | 15.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. Household furnishings located 20A Shrewsbury Road, Dublin 4, Ireland** | - | 10,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Books, Pictures and Sporting Memorabilia** | - | 1,000.00 |
| 6. Wearing apparel. | | **clothing** | - | 9,000.00 |
| 7. Furs and jewelry. | | **Watch, Wedding Band and cuff links** | - | 7,500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | **Golf clubs, Skis, and Ski boots** | - | 1,000.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Hibernian Aviva Life Assurance Assigned to INBS (and therefore to IBRC/NAMA) Policy ending 072K.  Term Policy No Cash Value** | - | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |

Sub-Total >      71,873.00
(Total of this page)

Sheet   **1**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    __Sean Dunne_____,    Case No.    __13-50484_____
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **DCD Builders Limited Self-Administered Pension Scheme as registered with the Irish Pensions Board as PB73578. Insofar as the Debtor's interest in the pension is restricted under applicable non-bankruptcy laws, the Debtor's interest is not property of the estate pursuant to Bankruptcy Code Section 541 (c)(2) and is listed for disclosure purposes only.** | - | 1,022,309.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **See attached schedule B.13** | - | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | | **See attached Schedule B.14** | - | 0.00 |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See attached Schedule B.16** | - | 170,886.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | **Interest in estate of Thomas Dunne (father). Cash balance due of $12,798 and 25% share of family home located in Tullow, County Carlow with life rights to Debtor's mother. Without discount for interest of co-owners and mother's life estate, Debtor values his 25% interest at $20,000. FMV of Debtor's interest in home taking into account interests of co-owners and mother, is unknown and value in response to B.20, therefore, reflects only cash portion of inheritance.** | - | 12,798.00 |

                                                        Sub-Total >        1,205,993.00
                                                    (Total of this page)

Sheet __2__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **Sean Dunne**                                                                    ,    Case No.    __13-50484__
                                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Daily Mail Defamation Claims** | - | **Unknown** |
| | | **50% Interest in Newbridge Inner Relief Road (counter claim against Kildare County Council Levies) constructed in lieu of levies for Whitewater Shopping Center.** | - | **11,787,000.00** |
| | | **Wicklow county council (overpaid development levies - 50% interest)** | - | **1,279,800.00** |
| | | **Beauchamps solicitors (overpaid legal fees)** | - | **53,752.00** |
| | | **Ouragh Insurance Claim** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Sub-Total >    **13,120,552.00**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Sean Dunne**                                                    ,   Case No.   **13-50484**
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | | **3 X IRFU Ten Year Tickets Aviva Stadium Expiring July 2013** | - | 0.00 |
| | | **2 X RFU Ticket Debentures Twickenham Stadium Expiring 2014** | - | 1,439.00 |
| | | **2 X RFU Ticket Debentures Millenium Stadium Expiring 2024** | - | 5,000.00 |

|  | | |
|---|---|---|
| Sub-Total > | | **6,439.00** |
| (Total of this page) | | |
| Total > | | **14,426,322.00** |

Sheet  **4**  of  **4**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

SEAN DUNNE
**SCHEDULE B.13 - PERSONAL PROPERTY - Stocks & Shares**
Friday, March 29, 2013

| Description and Location of Property / Company Name | Holding | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or |
|---|---|---|---|
| DCD Builders Limited (DCD Group Ireland) | 100% | Husband | - |
| Padholme | 100% | Husband | - |
| DTC Construction Services Limited | 100% | Husband | - |
| Page Inns Limited | 100% | Husband | - |
| Coolbar Taverns Ltd | 100% | Husband | - |
| MJBCH Limited | 100% | Husband | - |
| Taney Property Company Limited | 100% | Husband | - |
| Taney Holdings Limited | 100% | Husband | - |
| JDPHC | 100% | Husband | - |
| BCPHC | 100% | Husband | - |
| Mountbrook Riverside IV Development Limited | 100% | Husband | - |
| Mountbrook Riverside IV Investment A Limited | 100% | Husband | - |
| Mountbrook Riverside IV Investment B Limited | 100% | Husband | - |
| Mountbrook Riverside IV Investment C Limited | 100% | Husband | - |
| City Quay Property Development Limited | 100% | Husband | - |
| North Wall Quay Property Development Limited | 100% | Husband | - |
| Mountbrook Merrion Road Development Limited (IOM) | 100% | Husband | - |
| Mountbrook AIB Property Holding A Limited | 100% | Husband | - |
| Mountbrook AIB Property Holding B Limited | 100% | Husband | - |
| Mountbrook AIB Property Holding C Limited | 100% | Husband | - |
| Mountbrook AIB Property Holding D Limited | 100% | Husband | - |
| Waterside Kilcock Property Company Ltd | 100% | Husband | - |
| Chemve Limited | 100% | Husband | - |
| Mountbrook Property Development Company Ltd | 100% | Husband | - |
| Mountbrook Charlesland Property Development Company Ltd | 100% | Husband | - |
| Breccia Limited | 100% | Husband | - |
| Zaskari Limited | 100% | Husband | - |
| Clemens Pont Limited | 50% | Husband | - |
| Mountbrook Developments Limited (Ireland) | 20% | Husband | - |
| Mountbrook Holdings Limited (Ireland) | 20% | Husband | - |
| Charlesland Retail Management Limited (Ireland) | 50% | Husband | - |
| Banyard Limited (Isle of Man) | 20% | Husband | - |
| Barclay Beattie Brown LLC (CT LLC) | 100% | Husband | - |

| Corporate Entity | Property Name | Address | Share | Nature of Debtor's Interest in Property | Husband, Wife, Joint or Community | Current Value of Entity's Interest in Property, without Deducting any Secured Claim or Exemption (1.2798 USD) | Amount of Secured Claim | Current Value of Entity's Interest in Property, without Deducting any Secured Claim or Exemption (1.2798 USD) | Amount of Secured Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| DCD Builders Limited | Moneva | Church Avenue, Sandymount, | 100% | Freehold (Receivership) | Husband | $319,950 | $6,317,093 | €250,000 | €4,936,000 | |
| Padholme | Donnybrook Mall | Donnybrook, Dublin 4 | 100% | Freehold (Receivership) | Husband | $5,119,200 | $347,788,210 | €4,000,000 | €271,752,000 | 2nd charge D4/JBC Hotels facility |
| DTC Construction Services Limited | N/a | N/a | 100% | | Husband | - | | | | |
| City Quay Property Development Limited/Taney Properties Limite | 13/14 City Quay | City Quay, Dublin 2 | 100% | Free & Long Leses (Receiver) | Husband | $2,572,398 | | €2,010,000 | | Joint Security & 2nd charge granted to NAMA |
| | 5A Gloucester Street | City Quay, Dublin 2 | | Free & Long Leses (Receiver) | | | | | | |
| | 9A Princes Street South | City Quay, Dublin 2 | | Free & Long Leses (Receiver) | | | | | | |
| | 18 City Quay | City Quay, Dublin 2 | | Free & Long Leses (Receiver) | | | | | | |
| North Wall Quay Property Holding Limited | 72-80 North Wall Quay (Part site (80%) - balance owned by SD) | North Wall Quay, Dublin 1 | 100% | Free & Long Leses (Receiver) | Husband | $3,071,520 | $281,891,308 | €2,400,000 | €220,262,000 | |
| Mountbrook Riverside IV Development Limited | Herbert Street lease | 30 Herbert Street, Dublin 2 | 100% | Leasehold | Husband | | $12,922,141 | | €10,097,000 | |
| Mountbrook Riverside IV Investment A Limited | Hume House | Riverside IV Block A | 100% | Freehold (Receivership) | Husband | $19,197,000 | $218,125,273 | €15,000,000 | €170,437,000 | Joint Security |
| Mountbrook Riverside IV Investment B Limited | Riverside IV Block B | Sir John Rogerson's Quay, Dul | 100% | Long Leasehold (Receivership) | Husband | $25,596,000 | | €20,000,000 | | |
| Mountbrook Riverside IV Investment C Limited | Riverside IV Block C | Sir John Rogerson's Quay, Dul | 100% | Long Leasehold (Receivership) | Husband | $23,036,400 | | €18,000,000 | | |
| SJRQ Riverside IV Management Limited | N/A - Riverside IV Blocks A-C Management Company | N/a | 100% | | Husband | | | | | |
| Waterside Kilcock Property Company Limited | 68% of Zed Candy Site (Balance owned by SD) | Church Street, Kilcock, County | 100% | Free & Long Leses (Receiver) | Husband | $2,610,792 | $270,337,273 | €2,040,000 | €211,234,000 | 2nd charge granted to NAMA |
| Pages Inn Limited | 76 Sir John Rogersons Quay | Sir John Rogersons Quay, Dul | 100% | Free & Long Leses (Receiver) | Husband | $5,119,200 | $73,908,450 | €4,000,000 | €57,750,000 | |
| Coolbar Taverns Limited | N/a | N/a | 100% | | Husband | | | | | |
| Mountbrook Merrion Road Development Limited | Legal interest and rent collection AIB Bankcentre - no property | N/a | 100% | | Husband | - | | | | |
| Mountbrook AIB Property Holding A Limited | Block A, AIB Bankcentre | Ballsbridge, Dublin 4 | 100% | Freehold (Receivership) | Husband | $4,799,250 | $239,520,969 | €3,750,000 | €187,155,000 | Joint Security |
| Mountbrook AIB Property Holding B Limited | Block B, AIB Bankcentre | Ballsbridge, Dublin 4 | 100% | Freehold (Receivership) | Husband | $4,799,250 | | €3,750,000 | | |
| Mountbrook AIB Property Holding C Limited | Block C, AIB Bankcentre | Ballsbridge, Dublin 4 | 100% | Freehold (Receivership) | Husband | $4,799,250 | | €3,750,000 | | |
| Mountbrook AIB Property Holding D Limited | Block D, AIB Bankcentre | Ballsbridge, Dublin 4 | 100% | Freehold (Receivership) | Husband | $4,799,250 | | €3,750,000 | | |
| BCPHC | N/a | N/a | 100% | | Husband | | | | | |
| JDPHC | N/a | N/a | 100% | | Husband | | | | | |
| MJBCH Limited (in Liquidation) | N/a | N/a | 100% | | Husband | - | $331,721,600 | - | €259,198,000 | Rump debt |
| JBC Development Company Limited | N/a - D4 Hotels Development Company | N/a | 100% | | Husband | | | | | |
| Mountbrook Property Development Company Limited | N/a | N/a | 100% | | Husband | | | | | |
| Mountbrook Charlesland Property Development Company Limited | 2 Lands, Southern Site, Charlesland (50% JV interest in 40.3 acres) | Greystones, County Wicklow | 100% | Freehold (Receivership) | Husband | $3,946,901 | $12,798,000 | €3,083,998 | €10,000,000 | Rump debt |
| Zaskari Limited | N/a | N/a | 100% | | Husband | | $1,671,419 | | €1,306,000 | Rump debt |
| Clemens Pont Limited | Kilbelin Site | Kilbelin, Newbridge, County Kil | 50% | Freehold | Husband | $153,576 | | €120,000 | | Unencumbered |
| Banyard Limited | N/a | N/a | 20% | | Husband | | $1,631,745 | | €1,275,000 | Rump debt |
| | | | | | | $109,939,938 | $1,798,633,481 | $85,903,998 | €1,405,402,000 | |

# Total Actual Borrowings (excluding second charges) - $1,004,941,195 (€785,233,000)

**SEAN DUNNE**
**SCHEDULE B.14 - PERSONAL PROPERTY - Partnerships & Capital Allowance Schemes**
**Friday, March 29, 2013**

| Description and Location of Property | | Husband, Wife, Joint or | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | |
|---|---|---|---|---|
| *Partnership name* | *Holding* | | | |
| La Touche House, IFSC, Dublin 2 | 1.28% | Husband | - | ASSET IS FOR SALE ON INSTRUCTIONS OF RECEIVER, NO EQUITY |
| The Ritz Carlton Capital Allowances Scheme | 4.991% | Husband | - | TAX SCHEME ONLY, NO EQUITABLE INTEREST, IN EXAMINERSHIP |
| The Lucy Partnership | 25% | Husband | $319,950 | ASSIGNED RIGHTS TO FUNDS FROM INCOME OR SALE TO GAYLE DUNNE AND NAMA HAS REGISTERED A CHARGE AGAINST THE DEBTOR'S 25% INTEREST |

SEAN DUNNE
SCHEDULE B.16 - PERSONAL PROPERTY - Accounts Receivable
Friday, March 29, 2013

| Description and Location of Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Face value of loans directors loans | Face value of loans directors loans |
|---|---|---|---|---|---|
| | | 1.2798 USD | 1.2798 USD | | |
| *Rent Due* | | | | | |
| Rent due (*fn*) | Husband | $17,310 | € 13,525 | | |
| | | | | | |
| *Director Loan Accounts* | | | | | |
| DCD Builders Limited | Husband | 0 | 0 | $29,366,291 | €22,946,000 |
| Mountbrook AIB Property Holding A Limited | Husband | 0 | 0 | $19,785,708 | €15,460,000 |
| Mountbrook AIB Property Holding B Limited | Husband | 0 | 0 | $19,788,268 | €15,462,000 |
| Mountbrook AIB Property Holding C Limited | Husband | 0 | 0 | $19,788,268 | €15,462,000 |
| Mountbrook AIB Property Holding D Limited | Husband | 0 | 0 | $19,788,268 | €15,462,000 |
| City Quay Property Development Limited | Husband | 0 | 0 | $25,940,266 | €20,269,000 |
| DTC Construction Limited | Husband | 0 | 0 | $42,233,400 | €33,000,000 |
| Mountbrook Riverside IV Development Limited | Husband | 0 | 0 | $6,399 | €5,000 |
| North Wall Quay Property Development Limited | Husband | 0 | 0 | $4,324,444 | €3,379,000 |
| Waterside Kilcock Property Company Limited | Husband | 0 | 0 | $4,858,121 | €3,796,000 |
| Mountbrook Property Development Company Limited | Husband | 0 | 0 | $19,571,981 | €15,293,000 |
| Mountbrook Charlesland Property Development Company Limited | Husband | 0 | 0 | $2,276,764 | €1,779,000 |
| Clemens Pont Limited | Husband | $153,576 | 0 | $1,725,170 | €1,348,000 |
| | | $170,886 | | $209,453,348 | |

**Comment**: Where Director Loan Accounts are valued at 0, it is because the entity is insolvent and its assets are subject to secured claims in excess of value of the entity's assets. See Schedule B.13.

(*fn*) Since Petition Date, the rent has been paid.

B6C (Official Form 6C) (4/10)

In re   **Sean Dunne** , Case No. **13-50484**
_____
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
■ 11 U.S.C. §522(b)(2)
☐ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter
with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Household Goods and Furnishings** | | | |
| **Misc. Household furnishings located 20A Shrewsbury Road, Dublin 4, Ireland** | **11 U.S.C. § 522(d)(3)** | **10,000.00** | **10,000.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **Books, Pictures and Sporting Memorabilia** | **11 U.S.C. § 522(d)(3)** | **1,000.00** | **1,000.00** |
| **Wearing Apparel** | | | |
| **clothing** | **11 U.S.C. § 522(d)(3)** | **525.00** | **9,000.00** |
| **Furs and Jewelry** | | | |
| **Watch, Wedding Band and cuff links** | **11 U.S.C. § 522(d)(4)** | **1,450.00** | **7,500.00** |
| **Interests in Insurance Policies** | | | |
| **Hibernian Aviva Life Assurance Assigned to INBS (and therefore to IBRC/NAMA) Policy ending 072K.  Term Policy No Cash Value** | **11 U.S.C. § 522(d)(7)** | **0.00** | **0.00** |
| **Contingent and Non-contingent Interests in Estate of a Decedent** | | | |
| **Interest in estate of Thomas Dunne (father). Cash balance due of $12,798 and 25% share of family home located in Tullow, County Carlow with life rights to Debtor's mother.  Without discount for interest of co-owners and mother's life estate, Debtor values his 25% interest at $20,000.  FMV of Debtor's interest in home taking into account interests of co-owners and mother, is  unknown and value in response to B.20, therefore, reflects only cash portion of inheritance.** | **11 U.S.C. § 522(d)(5)** | **11,975.00** | **12,798.00** |
| | Total: | **24,950.00** | **40,298.00** |

__0__  continuation sheets attached to Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re **Sean Dunne**                                                                 Case No.   **13-50484**
_____
Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable.  If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed R. Bankr. P. 1007(m).  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors.  If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."  If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns).

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule.  Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| ACCOUNT NO. **xxx9401** | | | | | | | | | |
| **Certus**<br>**Attn: Pres, GP or Mang Membr**<br>**124-127 Stephens Green**<br>**Dublin 2**<br>**IRELAND** | | N | A | **Ouragh, Shrewsbury Road**<br><br>VALUE     *See Schedule A* | | | | **$6,386,701.00** | See Schedule A |
| ACCOUNT NO. **xxx1506** | | | | | | | | | |
| **Certus**<br>**Attn: Pres, GP or Mang Membr**<br>**124-127 Stephens Green**<br>**Dublin 2**<br>**IRELAND** | | N | A | **Ouragh, Shrewsbury Road**<br><br>VALUE     *See Schedule A* | | | | **$8,934,295.00** | See Schedule A |

Sheet 1 of 4 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re **Sean Dunne**                                          Case No. **13-50484**

Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| ACCOUNT NO. **xxxxxx-xxxxxx4664** | | | | | | | | | |
| NAMA c/o Bank of Ireland Attn: Pres, GP or Mang Membr Head Office 40 Mespil Road, Dublin 2 IRELAND | | N | A | Hollybrook Apartments X 4, Lands at Woodtown | | | | | |
| | | | | VALUE *See Schedule A* | | | | **$19,684,604.00** | See Schedule A |
| ACCOUNT NO. **xxxx1370** | | | | | | | | | |
| NAMA c/o Bank of Ireland Attn: Pres, GP or Mang Membr Head Office 40 Mespil Road, Dublin 2 IRELAND | | N | A | Residential Rental Portfolio | | | | | |
| | | | | VALUE *See Schedule A* | | | | **$7,787,583.00** | See Schedule A |
| ACCOUNT NO. **xxxxxx-xxxxxx4513** | | | | | | | | | |
| NAMA c/o Bank of Ireland Attn: Pres, GP or Mang Membr Head Office 40 Mespil Road, Dublin 2 IRELAND | | N | A | Site, Lot 2, Riverside IV | | | | | |
| | | | | VALUE *See Schedule A* | | | | **$14,002,292.00** | See Schedule A |
| ACCOUNT NO. **xxxxx6078** | | | | | | | | | |
| NAMA c/o IBRC Attn: Pres, GP or Mang Membr Stephen Court 18/21 St.Stephens Grn Dublin 2 IRELAND | | N | A | 20% of 17-80 North Wall Quay/15-17 City Quay | | | | | |
| | | | | VALUE *See Schedule A* | | | | **$49,066,628.00** | See Schedule A |

Sheet 2 of 4 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re __Sean Dunne__                                                                                    Case No. __13-50484__
                        Debtor(s)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| **ACCOUNT NO. xxxxx3921** | | | | | | | | | |
| **NAMA c/o IBRC** **Attn: Pres, GP or Mang Membr** **Stephen Court** **18/21 St.Stephens Grn Dublin 2** **IRELAND** | | N A | | 32% of Zed Candy Site (balance owned by WKPCL) | | | | | |
| | | | | VALUE        *See Schedule A* | | | | **$44,793,000.00** | See Schedule A |
| **ACCOUNT NO.** | | | | | | | | | |
| **O'Flynn Construction Limited** **Attn: Pres, GP or Mang Membr** **Beckett House, Barrack Square** **Ballincollig, County Cork** **IRELAND** | | N A | | Oakleigh Park Lands | | | | | |
| | | | | VALUE        *See Schedule A* | | | | **$102,061,490.00** | See Schedule A |
| **ACCOUNT NO. xxxxxx1025** | | | | | | | | | |
| **Risali Limited c/o Certus** **Attn: Pres, GP or Mang Membr** **124-127 Stephens Green** **Dublin 2** **IRELAND** | | N A | | 23 Serpentine Avenue and site at rear | | | | | |
| | | | | VALUE        *See Schedule A* | | | | **$1,599,750.00** | See Schedule A |
| **ACCOUNT NO. xxxxx9101** | | | | | | | | | |
| **Risali Limited c/o Certus** **Attn: Pres, GP or Mang Membr** **124-127 Stephens Green** **Dublin 2** **IRELAND** | | N A | | 23 Serpentine Avenue and site at rear | | | | | |
| | | | | VALUE        *See Schedule A* | | | | **$1,617,667.00** | See Schedule A |

Sheet 3 of 4 total sheets in Schedule of Creditors Holding Secured Claims

B6D (Official Form 6D) (12/07) - Cont.

In re __Sean Dunne__                                                     Case No. __13-50484__
_____
Debtor(s)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER *(See Instructions Above)* | C O D E B T O R | Husband, Wife, Joint or Community | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| ACCOUNT NO. | | | | | | | | |
| Ulster Bank Attn: Pres, GP or Mang Membr Head Office George's Quay, Dublin 2 IRELAND | | N A | Charlesland Lands & Selection of Apartments | | | | | |
| | | | VALUE *See Schedule A* | | | | $639,900.00 | See Schedule A |
| ACCOUNT NO. **xxxx1793** | | | | | | | | |
| Ulster Bank Attn: Pres, GP or Mang Membr Head Office George's Quay, Dublin 2 IRELAND | | N A | Charlesland Retail Neighborhood Centre | | | | | |
| | | | VALUE *See Schedule A* | | | | $17,764,904.00 | See Schedule A |
| ACCOUNT NO. **xxxx0023** | | | | | | | | |
| Ulster Bank Attn: Pres, GP or Mang Membr Head Office George's Quay, Dublin 2 IRELAND | | N A | Charlesland Lands & Selection of Apartments | | | | | |
| | | | VALUE *See Schedule A* | | | | $5,556,892.00 | See Schedule A |
| ACCOUNT NO. **xxxx9205** | | | | | | | | |
| Ulster Bank Attn: Pres, GP or Mang Membr Head Office George's Quay, Dublin 2 IRELAND | | N A | Charlesland Lands & Selection of Apartments | | | | | |
| | | | VALUE *See Schedule A* | | | | $319,950.00 | See Schedule A |
| | | | Total(s) (Use only on last page) | | | | $280,215,656.00 | $280,215,656.00 |
| | | | | | | | (Report also on Summary of Schedules) | If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

Sheet 4 of 4 total sheets in Schedule of Creditors Holding Secured Claims

B6E (Official Form 6E) (4/10)

.

In re   **Sean Dunne**                                                          ,    Case No. ___**13-50484**_____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

■ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_____  continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re  **Sean Dunne**                                                    ,    Case No.    **13-50484**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **A** c/o John C. Walsh 24 Ely Place Dublin 2 IRELAND | - | | 3/23/2005 **Judgment of Court in camera** | | | | 44,000,000.00 | | 0.00 44,000,000.00 |
| Account No. **B** c/o LK Shields Solicitors 40 Upper Mount Street Dublin 2 IRELAND | - | | 7/24/2009 **Judgment of Court in camera Under appeal** | | | X | 3,199,500.00 | | 0.00 3,199,500.00 |
| Account No. **B** c/o LK Shields Solicitors 40 Upper Mount Street Dublin 2 IRELAND | - | | 7/24/2009 **Legal costs in relation to judgment under appeal.** | | | X | 2,559,600.00 | | 0.00 2,559,600.00 |
| Account No. **B** c/o LK Shields Solicitors 40 Upper Mount Street Dublin 2 IRELAND | - | | 12/21/2001 **Judgment of Court in camera Under appeal** | | | X | 12,798.00 | | 0.00 12,798.00 |
| Account No. | | | | | | | | | |

Sheet  **1**  of  **1**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 49,771,898.00 | 49,771,898.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 0.00 49,771,898.00 | 49,771,898.00 |

B6F (Official Form 6F) (12/07)

In re    **Sean Dunne**                                            ,    Case No.    **13-50484**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **2588** <br><br> **AIB Credit Card** <br> **Attn: Pres, GP or Mang Membr** <br> **P.O. Box 708** <br> **Sandyford, Dublin 18** <br> **IRELAND** | | - | | | | | | X | 14,906.94 |
| Account No. **8032** <br><br> **Allied Irish Bank** <br> **Capel Street** <br> **Dublin 1** <br> **IRELAND** | | - | | | Overdraft | | | | 30,715.00 |
| Account No. <br><br> **Arthur Cox** <br> **Earlsfort Centre** <br> **Earlsfort Terrace, Dublin 2** <br> **IRELAND** | X | - | | | Ordinary Creditor - various matters <br> Co-Debtor to Whitewater and Charlesland Obligation | | | X | 1,468,570.50 |
| Account No. <br><br> **Arups** <br> **Attn: Pres, GP or Mang Membr** <br> **50 Ringsend Road** <br> **Dublin 4** <br> **IRELAND** | X | - | | | Whitewater | | | | 4,479.30 |
| | | | | | Subtotal <br> (Total of this page) | | | | 1,518,671.74 |

__8__    continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sean Dunne**                                    ,    Case No.    **13-50484**
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**Bank of Ireland**<br>**Attn: Pres, GP or Mang Membr**<br>**Head Office**<br>**40 Mespil Road, Dublin 2**<br>**IRELAND** | | - | | **Guarantee of Children's Borrowing** | | X | | 1,279,800.00 |
| Account No.<br><br>**Bank of Ireland**<br>**Attn: Pres, GP or Mang Membr**<br>**Head Office**<br>**40 Mespil Road, Dublin 2**<br>**IRELAND** | | - | | **Guarantee of Children's Borrowings** | | X | | 281,556.00 |
| Account No. **xxxx4269**<br><br>**Bank of Ireland**<br>**Attn: Pres, GP or Mang Membr**<br>**Head Office**<br>**40 Mespil Road, Dublin 2**<br>**IRELAND** | | - | | **Hollybrook Apartment No. 20**<br>**Remaining Debt (asset sold)** | | | | 868,764.07 |
| Account No.<br><br>**BKD Architects**<br>**Attn: Pres, GP or Mang Membr**<br>**6/7 Harcourt Terrace**<br>**Dublin 2**<br>**IRELAND** | X | - | | **Charlesland** | | | | 13,277.93 |
| Account No.<br><br>**Bruce Shaw Partnership**<br>**Attn: Pres, GP or Mang Membr**<br>**Kestrel House**<br>**Clanwilliam Place, Dublin 2**<br>**IRELAND** | X | - | | **Charlesland** | | | | 12,798.00 |

Sheet no. __1__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,456,196.00

B6F (Official Form 6F) (12/07) - Cont.

In re __Sean Dunne__ , Case No. ___13-50484___
_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | Charlesland | | | | | | | |
| CBRE Attn: Pres, GP or Mang Membr Connaught House, No. 1 Burlington Rd, Dublin 4 IRELAND | X | - | | | | | | | 16,989.35 |
| Account No. xxxxx3105 | | Banyard Limited | | | | | | | |
| Certus Attn: Pres, GP or Mang Membr 124/127 St. Stephens Green Dublin 2 IRELAND | | - | | | | | | | 1,631,745.00 |
| Account No. | | Charlesland | | | | | | | |
| Charlesland Wood Mgmt Co Ltd Attn: Pres, GP or Mang Membr WYSE, 94 Baggot Street Dublin 2 IRELAND | X | - | | | | | | | 486.32 |
| Account No. | | | | | | | | | |
| Chase and Partners Attn: Pres, GP or Mang Membr 20 Regent Street, St. James London SW1Y 4PH ENGLAND | | - | | | | | | | 23,890.03 |
| Account No. | | Newbridge Sites Whitewater | | | | | | | |
| Colm McEvoy Auctioneers Attn: Pres, GP or Mang Membr 2-3 Edward Street Newbridge, Co Kildare IRELAND | X | - | | | | | | | 126,700.20 |

Sheet no. __2__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) | 1,799,810.90

B6F (Official Form 6F) (12/07) - Cont.

In re __Sean Dunne__ ,                                    Case No. ___13-50484___
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | Whitewater | | | | | |
| Deirdre O'Connor O'Connor Wheland Limited 6 Northbrook Road Dublin 6 IRELAND | X | - | | | | | | 2,559.60 |
| Account No. | | | Whitewater | | | | | |
| Garreth Simons The Distillery Building 145/151 Church Street Dublin 7 IRELAND | X | - | | | | | | 3,199.50 |
| Account No. | | | Whitewater | | | | | |
| Hamilton Osborne King Attn: Pres, GP or Mang Membr 32 Molesworth Street Dublin 2 IRELAND | X | - | | | | | | 67,189.50 |
| Account No. | | | Charlesland | | | | | |
| IDA Ireland Attn: Pres, GP or Mang Membr Wilton Park House Wilton Place, Dublin 2 IRELAND | X | - | | | | | | 140,778.00 |
| Account No. | | | Zaskari Limited | | | | | |
| Kaupthing Singer Friedlander Attn: Pres, GP or Mang Membr (In Administration) 21 New St Bishops Gate London EC2M 4HR England | | - | | | | | | 1,671,418.80 |

Sheet no. __3__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| | 1,885,145.40 |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sean Dunne**                                                  ,        Case No.    **13-50484**
                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No.<br><br>**Kevin Warren**<br>**39 Northumberland Road**<br>**Ballsbridge**<br>**Dublin 4**<br>**IRELAND** | | - | | | **Whitewater** | | | | 201,312.54 |
| Account No.<br><br>**Kildare County Council**<br>**Attn: Pres, GP or Mang Membr**<br>**Aras Chill Dara**<br>**Devoy Prk, Naas, Cty Kildare**<br>**IRELAND** | X | - | | | **See contingent asset counter claim @ B 21** | | | X | 11,788,700.00 |
| Account No.<br><br>**Kilroys Solicitors**<br>**Attn: Pres, GP or Mang Membr**<br>**69 Lower Lesson Street**<br>**Dublin 2**<br>**IRELAND** | | - | | | **General** | | | X | 83,187.00 |
| Account No.<br><br>**KPMG**☐☐<br>**Attn: Pres, GP or Mang Membr**<br>**1 Stokes Place**<br>**St. Stephens Green, Dublin 2**<br>**IRELAND** | | - | | | **Various Mattter's** | | | | Unknown |
| Account No. **xxx4358**<br><br>**NAMA c/o AIB**<br>**Attn: Pres, GP or Mang Membr**<br>**Bank Ctre, Merrion Road**<br>**Dublin 4**<br>**IRELAND** | | - | | | **DCD Builders Limited** | | X | | 6,317,526.65 |

Sheet no. __4__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

18,390,726.19

B6F (Official Form 6F) (12/07) - Cont.

In re __Sean Dunne_____,   Case No. ___13-50484_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx0064<br><br>NAMA c/o Bank of Ireland<br>Attn: Pres, GP or Mang Membr<br>Head Office<br>40 Mespil Road, Dublin 2<br>IRELAND | | - | | DCD Builders Limited | | X | | 15,490,699.20 |
| Account No.<br><br>NAMA c/o Bank of Ireland<br>Attn: Pres, GP or Mang Membr<br>Head Office<br>40 Mespil Road, Dublin 2<br>IRELAND | | - | | Mountbrook Riverside IV Developments Limited<br>Acct Nos.: 08809813-3000010876; 08809813-2000005538; 08809813-2000005537; 08809813-2000005532; 08809813-2000005531;08809813-2000005533 | | X | | 78,840,567.56 |
| Account No.<br><br>NAMA c/o Bank of Ireland<br>Attn: Pres, GP or Mang Membr<br>Head Office<br>40 Mespil Road, Dublin 2<br>IRELAND | | - | | Mountbrook Riverside IV Developments Limited | | X | | 12,922,140.60 |
| Account No. xxxxx0868<br><br>NAMA c/o IBRC<br>Attn: Pres, GP or Mang Membr<br>Stephen Court<br>18/21 St.Stephens Grn Dublin 2<br>IRELAND | | - | | MB A/B Property Holding Limited | | X | | 94,357,094.40 |
| Account No.<br><br>O'Connor Sutton Cronin<br>Attn: Pres, GP or Mang Membr<br>9 Prussia Street<br>Dublin 7<br>IRELAND | X | - | | Charlesland | | | | 57,591.00 |

Sheet no. __5___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

201,668,092.76

B6F (Official Form 6F) (12/07) - Cont.

In re __Sean Dunne_____,    Case No. ___13-50484_____
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | | | | | | | |
| **Paul Gallager SC 4A Wellington Road Ballsbridge, Dublin 4 IRELAND** | | - | | | | | | | 3,935.39 |
| Account No. **xxxxx7102** | | | | | Breccia Limited | | | | |
| **Risali Limited c/o Certus Attn: Pres, GP or Mang Membr 124-127 Stephens Green Dublin 2 IRELAND** | | - | | | | | X | | 12,798,000.00 |
| Account No. | | | | | Guarantee of Children's Borrowings | | | | |
| **Risali Limited c/o Certus Attn: Pres, GP or Mang Membr 124-127 Stephens Green Dublin 2 IRELAND** | | - | | | | | X | | 959,850.00 |
| Account No. | | | | | Charlesland | | | | |
| **Seabourne View Mgnt Co Ltd Attn: Pres, GP or Mang Membr WYSE, 94 Baggot Dublin 2 IRELAND** | X | - | | | | | | | 11,518.20 |
| Account No. | | | | | Charlesland | | | | |
| **Sign Impact Attn: Pres, GP or Mang Membr 19B Rosemount Park Drive Ballycoolin, Dublin 11 IRELAND** | X | - | | | | | | | 2,047.68 |

Sheet no. __6___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,775,351.27

B6F (Official Form 6F) (12/07) - Cont.

In re    **Sean Dunne**                                                      ,    Case No.    **13-50484**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Charlesland | | | | |
| **SM Morris Attn: Pres, GP or Mang Membr Bromley Kilpedder, Co Wicklow IRELAND** | X | - | | | | | | 111,982.50 |
| Account No. | | | | Planning fees | | | | |
| **Stephen McKenzie Solicitor 3 Fitzwilliam Sq. Dublin 2 IRELAND** | | - | | | | | | 308,431.80 |
| Account No. | | | | General | | | | |
| **Stuart Smalley & Co LLC☐☐ Attn: Pres, GP or Mang Membr St. Georges Street Douglas, IM1 1PL ISLE OF MAN** | | - | | | | | X | 250,000.00 |
| Account No. | | | | Mountbrook AIB Property Holding A Limited - Holding Limited B - Holding Limited C - Holding Limited D 10129750; 10129677; 10130097; 10129834; 10130337; 10130253; 10130683; 10130766 | | X | | |
| **Ulster Bank Attn: Pres, GP or Mang Membr Head Office George's Quay, Dublin 2 IRELAND** | | - | | | | | | 145,163,875.00 |
| Account No. **xxxx5718** | | | | Padholme | | | | |
| **Ulster Bank Attn: Pres, GP or Mang Membr Head Office George's Quay, Dublin 2 IRELAND** | | - | | | | X | | 16,066,609.20 |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 161,900,898.50 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re __Sean Dunne_____,     Case No. ___13-50484_____
                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxx-xxxxxxx6601**<br><br>**Ulster Bank**<br>**Attn: Pres, GP or Mang Membr**<br>**Head Office**<br>**George's Quay, Dublin 2**<br>**IRELAND** | | - | **DCD Builders Limited** | | | X | | 208,822,406.40 |
| Account No.<br><br>**Wright Window Systems**<br>**Attn: Pres, GP or Mang Membr**<br>**Robinhood Road**<br>**Dublin 22**<br>**IRELAND** | X | - | **Charlesland** | | | | | 32.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __8___ of __8___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | 208,822,438.40 |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 612,217,331.16 |

B6G (Official Form 6G) (12/07)

.

In re    **Sean Dunne**                                                                 ,    Case No.    **13-50484**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Irish Life Assurance PLC**<br>**Irish Life Centre**<br>**Lower Abbey Street**<br>**Dublin 1**<br>**IRELAND** | **Surety for lease of commercial building at 30**<br>**Herbert Street, Dublin 2**<br>**Expires 12/31/2017** |
| **Mr. Garry Ferguson**<br>**23 Serpentine Avenue**<br>**Dublin 4**<br>**IRELAND** | **23 Serpentine Avenue Lease**<br>**Rent receivable**<br>**Expired 04/28/2012 and tenant is currently over**<br>**holding** |
| **South African Embassy**<br>**Ouragh, Shrewsbury Road**<br>**Dublin 4**<br>**IRELAND** | **50% interest in Ouragh Lease**<br>**Rent receivable**<br>**Expires 08/31/2014** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re __Sean Dunne_____,   Case No. __13-50484_____
                                     Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| Sean Mulryan<br>c/o Ballymore Properties<br>Fonthill House, Old Lucan Road<br>Palmerstown, Dublin 20<br>IRELAND | Arthur Cox<br>Earlsfort Centre<br>Earlsfort Terrace, Dublin 2<br>IRELAND |
| Sean Mulryan<br>c/o Ballymore Properties<br>Fonthill House, Old Lucan Road<br>Palmerstown, Dublin 20<br>IRELAND | Arups<br>Attn: Pres, GP or Mang Membr<br>50 Ringsend Road<br>Dublin 4<br>IRELAND |
| Sean Mulryan<br>c/o Ballymore Properties<br>Fonthill House, Old Lucan Road<br>Palmerstown, Dublin 20<br>IRELAND | BKD Architects<br>Attn: Pres, GP or Mang Membr<br>6/7 Harcourt Terrace<br>Dublin 2<br>IRELAND |
| Sean Mulryan<br>c/o Ballymore Properties<br>Fonthill House, Old Lucan Road<br>Palmerstown, Dublin 20<br>IRELAND | Bruce Shaw Partnership<br>Attn: Pres, GP or Mang Membr<br>Kestrel House<br>Clanwilliam Place, Dublin 2<br>IRELAND |
| Sean Mulryan<br>c/o Ballymore Properties<br>Fonthill House, Old Lucan Road<br>Palmerstown, Dublin 20<br>IRELAND | CBRE<br>Attn: Pres, GP or Mang Membr<br>Connaught House, No. 1<br>Burlington Rd, Dublin 4<br>IRELAND |
| Sean Mulryan<br>c/o Ballymore Properties<br>Fonthill House, Old Lucan Road<br>Palmerstown, Dublin 20<br>IRELAND | Colm McEvoy Auctioneers<br>Attn: Pres, GP or Mang Membr<br>2-3 Edward Street<br>Newbridge, Co Kildare<br>IRELAND |
| Sean Mulryan<br>c/o Ballymore Properties<br>Fonthill House, Old Lucan Road<br>Palmerstown, Dublin 20<br>IRELAND | Deirdre O'Connor<br>O'Connor Wheland Limited<br>6 Northbrook Road<br>Dublin 6<br>IRELAND |
| Sean Mulryan<br>c/o Ballymore Properties<br>Fonthill House, Old Lucan Road<br>Palmerstown, Dublin 20<br>IRELAND | Garreth Simons<br>The Distillery Building<br>145/151 Church Street<br>Dublin 7<br>IRELAND |

1

____ continuation sheets attached to Schedule of Codebtors

In re   **Sean Dunne**                                                    , Case No. ___**13-50484**___
                                        Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sean Mulryan**<br>**c/o Ballymore Properties**<br>**Fonthill House, Old Lucan Road**<br>**Palmerstown, Dublin 20**<br>**IRELAND** | **IDA Ireland**<br>**Attn: Pres, GP or Mang Membr**<br>**Wilton Park House**<br>**Wilton Place, Dublin 2**<br>**IRELAND** |
| **Sean Mulryan**<br>**c/o Ballymore Properties**<br>**Fonthill House, Old Lucan Road**<br>**Palmerstown, Dublin 20**<br>**IRELAND** | **Kildare County Council**<br>**Attn: Pres, GP or Mang Membr**<br>**Aras Chill Dara**<br>**Devoy Prk, Naas, Cty Kildare**<br>**IRELAND** |
| **Sean Mulryan**<br>**c/o Ballymore Properties**<br>**Fonthill House, Old Lucan Road**<br>**Palmerstown, Dublin 20**<br>**IRELAND** | **O'Connor Sutton Cronin**<br>**Attn: Pres, GP or Mang Membr**<br>**9 Prussia Street**<br>**Dublin 7**<br>**IRELAND** |
| **Sean Mulryan**<br>**c/o Ballymore Properties**<br>**Fonthill House, Old Lucan Road**<br>**Palmerstown, Dublin 20**<br>**IRELAND** | **Sign Impact**<br>**Attn: Pres, GP or Mang Membr**<br>**19B Rosemount Park Drive**<br>**Ballycoolin, Dublin 11**<br>**IRELAND** |
| **Sean Mulryan**<br>**c/o Ballymore Properties**<br>**Fonthill House, Old Lucan Road**<br>**Palmerstown, Dublin 20**<br>**IRELAND** | **SM Morris**<br>**Attn: Pres, GP or Mang Membr**<br>**Bromley**<br>**Kilpedder, Co Wicklow**<br>**IRELAND** |
| **Sean Mulryan**<br>**c/o Ballymore Properties**<br>**Fonthill House, Old Lucan Road**<br>**Palmerstown, Dublin 20**<br>**IRELAND** | **Wright Window Systems**<br>**Attn: Pres, GP or Mang Membr**<br>**Robinhood Road**<br>**Dublin 22**<br>**IRELAND** |
| **Sean Mulryan**<br>**c/o Ballymore Properties**<br>**Fonthill House, Old Lucan Road**<br>**Palmerstown, Dublin 20**<br>**IRELAND** | **Charlesland Wood Mgmt Co Ltd**<br>**Attn: Pres, GP or Mang Membr**<br>**WYSE, 94 Baggot Street**<br>**Dublin 2**<br>**IRELAND** |
| **Sean Mulryan**<br>**c/o Ballymore Properties**<br>**Fonthill House, Old Lucan Road**<br>**Palmerstown, Dublin 20**<br>**IRELAND** | **Hamilton Osborne King**<br>**Attn: Pres, GP or Mang Membr**<br>**32 Molesworth Street**<br>**Dublin 2**<br>**IRELAND** |
| **Sean Mulryan**<br>**c/o Ballymore Properties**<br>**Fonthill House, Old Lucan Road**<br>**Palmerstown, Dublin 20**<br>**IRELAND** | **Seabourne View Mgmt Co Ltd**<br>**Attn: Pres, GP or Mang Membr**<br>**WYSE, 94 Baggot**<br>**Dublin 2**<br>**IRELAND** |

Sheet __**1**__ of __**1**__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re    **Sean Dunne**                                                         Case No.    **13-50484**
                                    Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)[1]

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Child**<br>**Child**<br>**Child** | AGE(S):<br>**3**<br>**6**<br>**8** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Project Manager** | |
| Name of Employer | **Mountbrook USA LLC** | |
| How long employed | **3 Years** | |
| Address of Employer | **248 Greenwich Avenue**<br>**Greenwich, CT 06830** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 8,333.33 | $ | N/A |
| 2. Estimate monthly overtime | $ | 0.00 | $ | N/A |
| | | | | |
| 3. SUBTOTAL | $ | 8,333.33 | $ | N/A |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | N/A |
| b. Insurance | $ | 0.00 | $ | N/A |
| c. Union dues | $ | 0.00 | $ | N/A |
| d. Other (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | N/A |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 8,333.33 | $ | N/A |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | N/A |
| 8. Income from real property | $ | 13,670.00 | $ | N/A |
| 9. Interest and dividends | $ | 0.00 | $ | N/A |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | N/A |
| 11. Social security or government assistance | | | | |
| (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| 12. Pension or retirement income | $ | 0.00 | $ | N/A |
| 13. Other monthly income | | | | |
| (Specify): | $ | 0.00 | $ | N/A |
| | $ | 0.00 | $ | N/A |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 13,670.00 | $ | N/A |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 22,003.33 | $ | N/A |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 22,003.33 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

[1]**Debtor is not a Consumer Debtor, his spouse and minor children are not in bankruptcy. This is not a joint petition and debtor does not contribute to the family income or household expenditure, so their details are omitted from Schedule I and J**

**B6I (Official Form 6I) (12/07)**

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
      **-NONE-**

B6J (Official Form 6J) (12/07)

In re  **Sean Dunne**                                                        Case No.  **13-50484**
_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ 3,600.00 |
| a. Are real estate taxes included? | Yes **X** No ___ | |
| b. Is property insurance included? | Yes **X** No ___ | |
| 2. Utilities: a. Electricity and heating fuel | | $ 0.00 |
| b. Water and sewer | | $ 0.00 |
| c. Telephone | | $ 0.00 |
| d. Other **Cable TV/Internet/Garbage** | | $ 100.00 |
| 3. Home maintenance (repairs and upkeep) | | $ 140.00 |
| 4. Food | | $ 600.00 |
| 5. Clothing | | $ 600.00 |
| 6. Laundry and dry cleaning | | $ 270.00 |
| 7. Medical and dental expenses | | $ 160.00 |
| 8. Transportation (not including car payments) | | $ 500.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ 500.00 |
| 10. Charitable contributions | | $ 100.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | | $ 0.00 |
| b. Life | | $ 1,067.00 |
| c. Health | | $ 0.00 |
| d. Auto | | $ 0.00 |
| e. Other _____ | | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | | $ 0.00 |
| b. Other _____ | | $ 0.00 |
| c. Other _____ | | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ 0.00 |
| 17. Other **Miscellaneous** | | $ 500.00 |
| Other **Mortgage/Interest** | | $ 13,670.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 21,807.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**-NONE-**
_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a. Average monthly income from Line 15 of Schedule I | | $ 22,003.33 |
| b. Average monthly expenses from Line 18 above | | $ 21,807.00 |
| c. Monthly net income (a. minus b.) | | $ 196.33 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## District of Connecticut

In re    **Sean Dunne**
_____
                                    Debtor(s)

Case No.    **13-50484**
Chapter     **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

        I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **37**
sheets, and subject to the Global Notes and Statement of Limitations, they are true and correct to the best of my
knowledge, information, and belief.


Date    **May 3, 2013**
_____

Signature    / s / Sean Dunne
_____
            **Sean Dunne**
            Debtor

_Penalty for making a false statement or concealing property:_  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## District of Connecticut

In re    **Sean Dunne**                                 Case No.    **13-50484**

                                     Debtor(s)           Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$76,490.00** | **2011: Portarlington Land Sale** |
| **$26,000.00** | **2011: Wages** |
| **$6,500.00** | **2012: Wages** |
| **$20,477.00** | **2012: Other Fee Income** |
| **$4,996.00** | **2013: Wages** |

B 7 (12/12)                                                                                                    2

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$706,032.00** | **2011: General Rental Income** |
| **$177,124.00** | **2012: General Rental Income** |
| **$31,197.00** | **2013: General Rental Income** |
| **$30,000.00** | **2013: Sale of Car** |

---

**3. Payments to creditors**

None
☒

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **Peter Nolin, Esq. Sandak Hennessey & Greco, LLP 707 Summer Street Suite 300 Stamford, CT 06901** | | **$10,000.00** | **$40,000.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Sky Digital Tullow, County Carlow     Mrs. Maureen Dunne, Mother** | **Various Dates** | **$906.00** | **$0.00** |

---

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 7 (12/12)                                                                                                                                3

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐  a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **National Asset Loan Management Limited v. Sean Dunne FST-CV12-4023672-S** | **Foreign Civil Judgment** | **Stamford Superior Court** | **Judgment** |
| **National Asset Loan Management v. Sean Dunne, etal FST-CV 12-5013922-S** | **Collections** | **Stamford Superior Court** | **Pending** |
| **Sean Doyle, et al v. Sean Dunne and Gayle Killilea Dunne Index No. 67688/2012** | | **Supreme Court of New York County of Westchester** | **Arbitration** |
| **Sean Dunne v. Associated Newspapers Limited 2006/2944P** | **Defamation Proceeding** | **Ireland** | **Pending** |
| **Sean Dunne v. Associated Newspapers Limited 2006/2945P** | **Defamation Proceeding** | **Ireland** | **Pending** |
| **Dunne & Anor v. Kildare County Council 2013/1560P** | **Appeal** | **Ireland** | **Pending** |
| **National Asset Loan Management Limited v. Sean Dunne** | **Commercial Court Proceeding** | **Ireland** | **Judgment** |
| **Ulster Bank Ireland Limited v. Sean Dunne** | **Commercial Court Proceeding** | **Ireland** | **Judgment** |
| **D v. D** | **2001** | **Supreme Court, Ireland** | **Pending** |
| **D v. D** | **2001** | **High Court, Ireland** | **Pending** |

None ☒  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ☒  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None


a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
☐

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|
| **See Attached Question 6 to Statement of Financial Affairs** | | | |

### 7. Gifts

None


List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Zeisler & Zeisler, P.C. P.O. Box 3186 Bridgeport, CT 06605** | **March 25, 2013** | **$15,000** |
| **001 Debtor CC Inc.** | **March 28, 2013** | **$9.99** |

### 10.  Other transfers

None ☐

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Mahoney Motors Dublin Ireland** | **February, 2013** | **Sale of Car $30,000.00** |

**Excludes sale of any assets by a Receiver**

None ☒

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None ☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None ☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None ☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14.  Property held for another person

None ☐

List all property owned by another person that the debtor holds or controls.

B 7 (12/12)                                                                                                 6

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Miscellaneous Owners** | **8 x RFU Ticket Debentures Twickenham Stadium ($12,800)**<br>**8 x WRFU Ticket Debentures Millenium Stadium ($24,000)**<br>**2 x Aviva Debentures, Lansdowne Rd., Dublin ($10,000)** | |

---

**15. Prior address of debtor**

None ☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **Chemen de Granje Canal 48**<br>**Chene Bougeries**<br>**Geneva, Switzerland** | | **July 2008 through June 2010** |
| **Ouragh**<br>**Shresbury Road**<br>**Ballsbridge**<br>**Dublin 4** | | **July 2010 through August 2010** |
| **421 Field Point Road**<br>**Greenwich, CT** | | **September 2010 through January 2011** |
| **526 Indian Field Road**<br>**Greenwich, CT** | | **January 2011 through March 2013** |

---

**16. Spouses and Former Spouses**

None ☒

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ☒

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☒

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

B 7 (12/12)                                                                                                    7

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **See Attached Question 18** | | **to Statement of Financial Affairs** | | |

None
☒  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐  a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **J. Ryan IRELAND** | **Periodically during the last 2 years** |
| **R. Connolly IRELAND** | **Periodically during the last 2 years** |

None
☒  b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B 7 (12/12)                                                                                                    8

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|
| **Farell Grant Sparks** | **Molyneux House**<br>**Bride Street**<br>**Dublin 8**<br>**IRELAND** |
| **PwC** | **Spencer Dock**<br>**Dublin 1**<br>**IRELAND** |
| **Grant Thornton** | **24-26 City Quay**<br>**Dublin 2**<br>**IRELAND** |

None ☒    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

## 20. Inventories

None ☒    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ☒    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

## 21 . Current Partners, Officers, Directors and Shareholders

None ☒    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ☒    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

## 22 . Former partners, officers, directors and shareholders

None ☒    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ☒    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

B 7 (12/12)                                                                                                                            9

**23 . Withdrawals from a partnership or distributions by a corporation**

None 
If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ☒
If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ☒
If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

* * * * * *

B 7 (12/12)                                                                                                                    10

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and subject to the Global Notes and Statement of Limitations, they are true and correct to the best of my knowledge, information, and belief.


Date  **May 3, 2013**                                 Signature  / s / Sean Dunne
                                                                 **Sean Dunne**
                                                                 Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

SEAN DUNNE
STATEMENT OF AFFAIRS - Question 6
Friday, March 29, 2013

| Description and Location of Property | | Share | Nature of Debtor's Interest in Property | Husband, Wife, Joint or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or (1.2798 USD) | Amount of Secured Claim (1.2798 USD) | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or | Amount of Secured Claim | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 22, 26, 40 and 42 Hollybrook | Brighton Road, Foxrock, Dublin 14 | 100% | Long Leasehold (Receivership) | H | $3,839,400 | - | €3,000,000 | | Joint Security |
| Lands at Woodtown | Rathfarnham, Dublin 16 | 100% | Freehold (Receivership) | H | $2,559,600 | $19,684,604 | €2,000,000 | €15,381,000 | |
| 72-80 North Wall Quay (Part site (20%) - balance o | North Wall Quay, Dublin 1 | 20% | Free & Long Lease(Receivership) | H | $767,880 | - | €600,000 | | See B.13 assets are fully encumbered |
| 15-17 City Quay | City Quay, Dublin 2 | 100% | Free & Long Lease(Receivership) | H | $1,161,419 | - | €907,500 | | |
| 32% of Zed Candy Site (Balance owned by WKPC( | Church Street, Kilcock, County Kildare | 32% | Free & Long Lease(Receivership) | H | $1,228,608 | - | €960,000 | | See B.13 assets are fully encumbered |
| Riverside IV Lot 2 | Sir John Rogerson's Quay, Dublin 2 | 100% | Long Leasehold (Receivership) | H | $255,960 | $14,002,292 | €200,000 | €10,941,000 | |
| E2 Lands, Southern Site, Charlesland (50% JV inte | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $639,900 | - | €500,000 | | |
| Northern Site, Charlesland (50% JV interest in 19 a | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $1,279,800 | - | €1,000,000 | | |
| Northern Site, Charlesland (50% JV interest in 5.19 | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $511,920 | - | €400,000 | | |
| R761 Site, Charlesland (50% JV interest in 7.16 ac | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $511,920 | - | €400,000 | | Joint Security |
| 3 Trout Site, Charlesland (50% JV interest in 3.21 a | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $255,960 | - | €200,000 | | |
| IDA Site, Charlesland (50% JV interest in 6.92 acre | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $511,920 | - | €400,000 | | |
| Charlesland Wood, Charlesland (50% JV interest in | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $255,960 | - | €200,000 | | |
| Seabourne, Charlesland (50% JV interest in 22 Re: | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $1,407,780 | $6,516,742 | €1,100,000 | €5,092,000 | |
| Charlesland Retail and Leisure Centre (50% JV inte | Greystones, County Wicklow | 50% | Freehold (Receivership) | H | $5,119,200 | $17,764,904 | €4,000,000 | €13,881,000 | |
| Mountbrook Apartments - 10A and 20A | Mountbrook, Dublin 4 | 100% | Long Leasehold (Receivership) | H | $1,023,840 | - | €800,000 | | |
| 67 Merrion Square | 67 Merrion Square, Dublin 2 | 100% | Freehold (Receivership) | H | $895,860 | - | €700,000 | | Joint Security |
| 10 Gateway Apartments | Ballymun, Dublin 9 | 100% | Long Leasehold (Receivership) | H | $1,919,700 | $7,787,583 | €1,500,000 | €6,085,000 | |

**SEAN DUNNE**
**STATEMENT OF AFFAIRS - Question 18a**
**Friday, March 29, 2013**

| Company Name | Registered Office | Status | Domicile | Reg No. | Date Resigned | Nature of Business |
|---|---|---|---|---|---|---|
| DCD Builders Limited | 67 Merrion Square, Dublin 2 | Receivership | Ireland | 76523 | | Real Estate |
| Padholme | 67 Merrion Square, Dublin 2 | Receivership | Ireland | 319209 | | Real Estate |
| DTC Construction Services Limited | 67 Merrion Square, Dublin 2 | Disolved | Ireland | 393705 | | Real Estate |
| Page Inns Limited | 67 Merrion Square, Dublin 2 | Normal | Ireland | 56135 | | Real Estate |
| Coolbar Taverns Ltd | 67 Merrion Square, Dublin 2 | Disolved | Ireland | 82334 | | Real Estate |
| MJBCH Limited | Molyneux House, Bride Street, Dublin 8 | Liquidation | Ireland | 420803 | | Real Estate |
| Taney Property Company Limited | 67 Merrion Square, Dublin 2 | Receivership | Ireland | 173197 | | Real Estate |
| Taney Holdings Limited | 67 Merrion Square, Dublin 2 | Receivership | Ireland | 173215 | | Real Estate |
| JDPHC | 67 Merrion Square, Dublin 2 | Disolved | Ireland | 403144 | | Real Estate |
| BCPHC | 67 Merrion Square, Dublin 2 | Disolved | Ireland | 408368 | | Real Estate |
| JBC Hotels Limited | 67 Merrion Square, Dublin 2 | Disolved | Ireland | 446889 | | Real Estate |
| Mountbrook Riverside IV Development Limited | 16 St Georges Street Douglas IM1 1PL | Receivership | Isle of Man | 110445C | | SPV |
| Mountbrook Riverside IV Investment A Limited | 16 St Georges Street Douglas IM1 1PL | Receivership | Isle of Man | 110447C | | SPV |
| Mountbrook Riverside IV Investment B Limited | 16 St Georges Street Douglas IM1 1PL | Receivership | Isle of Man | 112820C | | SPV |
| Mountbrook Riverside IV Investment C Limited | 16 St Georges Street Douglas IM1 1PL | Receivership | Isle of Man | 110446C | | SPV |
| City Quay Property Development Limited | 16 St Georges Street Douglas IM1 1PL | Receivership | Isle of Man | 115525C | | SPV |
| North Wall Quay Property Development Limited | 16 St Georges Street Douglas IM1 1PL | Disolved | Isle of Man | 120464C | | SPV |
| Mountbrook Merrion Road Development Limited (IOM) | 16 St Georges Street Douglas IM1 1PL | Receivership | Isle of Man | 116784C | | SPV |
| Mountbrook AIB Property Holding A Limited | 16 St Georges Street Douglas IM1 1PL | Receivership | Isle of Man | 117061C | | SPV |
| Mountbrook AIB Property Holding B Limited | 16 St Georges Street Douglas IM1 1PL | Receivership | Isle of Man | 117062C | | SPV |
| Mountbrook AIB Property Holding C Limited | 16 St Georges Street Douglas IM1 1PL | Receivership | Isle of Man | 117063C | | SPV |
| Mountbrook AIB Property Holding D Limited | 16 St Georges Street Douglas IM1 1PL | Receivership | Isle of Man | 117064C | | SPV |
| Waterside Kilcock Property Company Ltd | 16 St Georges Street Douglas IM1 1PL | Receivership | Isle of Man | 115524C | | SPV |
| Chemve Limited | 16 St Georges Street Douglas IM1 1PL | Disolved | Isle of Man | 115526C | | SPV |
| Mountbrook Property Development Company Ltd | 16 St Georges Street Douglas IM1 1PL | Disolved | Isle of Man | 113017C | | SPV |
| Mountbrook Charlesland Property Development Company L | 16 St Georges Street Douglas IM1 1PL | Receivership | Isle of Man | 112819C | | SPV |
| Breccia Limited | 16 St Georges Street Douglas IM1 1PL | Receivership | Isle of Man | 116858C | | SPV |
| Zaskari Limited | 16 St Georges Street Douglas IM1 1PL | Normal | Isle of Man | 120314C | | SPV |
| Mavior | Clerkin Lynch Solicitors, 29 Kildare Street, Dublin 2 | Receivership | Ireland | 245859 | 3/29/2011 | Real Estate |
| Mountbrook Developments Limited | 67 Merrion Square, Dublin 2 | Normal | Ireland | 245768 | | Real Estate |
| Beara Properties Limited | 67 Merrion Square, Dublin 2 | Normal | Ireland | 294798 | | Real Estate |
| Mountbrook Holdings Limited | 67 Merrion Square, Dublin 2 | Disolved | Ireland | 275170 | | Holding co |
| Shareford | 67 Merrion Square, Dublin 2 | Strike off listed | Ireland | 461386 | | Holding co |
| Banyard Limited | 16 St Georges Street Douglas IM1 1PL | Normal | Isle of Man | 093038C | | Real Estate |
| Oldtown Mill Management Co Ltd | 67 Merrion Square, Dublin 2 | Strike off listed | Ireland | 325485 | 9/12/2007 | Management company |
| SJRQ RIV Management Company Ltd | 24/26 City Quay, Dublin 2 | Normal | Ireland | 416536 | 12/4/2012 | Management company |

| Charlesland Residential Management Co Ltd | 67 Merrion Square, Dublin 2 | Normal | Ireland | 368278 | 7/25/2012 | Management company |
| Mountbrook (Merrion Grove) Limited | 67 Merrion Square, Dublin 2 | Disolved | Ireland | 250267 | | Management company |
| | | | | | | |
| Barclay Beattie Brown LLC | 248 Greenway Avenue, Greenwich, CT  06830 | Normal | USA | 1003844 | | Real Estate |
| * Molly Blossom LLC | 248 Greenway Avenue, Greenwich, CT  06830 | Normal | USA | 1003842 | | Real Estate |
| * Mountbrook USA LLC | 248 Greenway Avenue, Greenwich, CT  06830 | Normal | USA | 1003843 | | Real Estate |

* Molly Blossom LLC and Mountbrook USA LLC were
incorrectly filed by a third party in April, 2010 with S. Dunne
as the Sole Member.  This was corrected in December,
2010.  S. Dunne never held any legal or beneficial
ownership in these LLC's.

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Connecticut

In re   **Sean Dunne** _____   Case No.  **13-50484**
                                           Debtor(s)        Chapter  **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**-NONE-** | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐ Surrendered              ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>    ☐ Redeem the property<br>    ☐ Reaffirm the debt<br>    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>    ☐ Claimed as Exempt                  ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES       ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **May 3, 2013** _____        Signature    **/s/ Sean Dunne** _____
                                                        **Sean Dunne**
                                                        Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

In re:

|   |   |   |
|---|---|---|
| | Sean Dunne, | : | Chapter 7 |
| | | : | |
| | Debtor | : | Case No.13-50484 |

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U.S.C. §329(a) and Bankruptcy Rule 2016(b), I certify that I am an attorney for the above mentioned debtor(s) and that compensation paid to me for services rendered or to be rendered on behalf of the debtors in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept as a bankruptcy retainer | $15,000.00 including $306 filing fee |
| Prior to the filing of this statement I have received | $15,000.00 including $306 filing fee |
| Balance Due | $0 |

2.    The source of compensation paid to me was:

   _x__ Debtor                                _____ Other (specify)

3.    The source of compensation to be paid to me is:

   _____ Debtor                                _____ Other (specify)

4.    _x__  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   _____  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of names of the people sharing in the compensation, is attached.

5.    Subject to subparagraph d and in return for the above-disclosed retainer, I have agreed to render legal service for the debtors in this bankruptcy case related to:

   a)    Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under Title 11, United States Code;

   b)    Preparation and filing of any petition, schedule, statement of affairs, and other documents required by the court;

   c)    Representation of the debtor(s) at the meeting of creditors and any adjourned hearings thereof;

   d)    Normal hourly rates and expenses will be charged against retainer and client will pay actual fees and expenses billed at normal rates that exceed retainer.  Additionally, the retention agreement and appearances of counsel in this case is limited in scope and does not include various matters including but not limited to reaffirmation agreements, contested matters and adversary proceedings unless separate retainer and retention are agreed to in advance.  If an agreement is reached including advance payment of any supplemental retainer, the Debtor will then be billed for counsel's hourly rates and expenses and counsel will file an appearance on behalf of the Debtor in such other matters as the parties agree to.

6.    By agreement with the debtor(s) the above disclosed retainer does not include fees and expenses billed at normal hourly rates which exceed retainer for this matter, including fees incurred in representation in adversary proceedings or contested matters under Rules 7001 and 9014 and Rule 2004 exams, inter alia, adversary proceedings or contested matters, negotiations with secured creditors to reduce liens to market value; audits if the debtor(s) is the subject of a random audit by the Office of the U.S. Trustee or other audit; exemption planning and issues; motions to assume leases, preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC §522(f)(2)(A) for avoidance of liens on household goods; representation of the debtors in any objection to discharge and/or nondischargeability actions, judicial lien avoidances, relief from stay actions or any other contested matters and adversary proceedings or if the debtor(s) is the subject of a random audit by the Office of the U.S. Trustee.

### CERTIFICATION

   As of the date hereof, I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    April 30, 2013     By:    _/s/James Berman_____
                                                     James Berman, Esq. (ct06027)
                                                     ZEISLER & ZEISLER, P.C.
                                                     Attorney for the Debtor(s)