UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

|  |  |
|---|---|
| IN RE: ) | Chapter 7 |
| ) | |
| SEAN DUNNE, ) | Case No. 13-50484 (AHWS) |
| ) | |
| Debtor. ) | |

## NOTICE OF APPEARANCE AND NOTICE REQUEST

PLEASE TAKE NOTICE that the undersigned hereby appears on behalf of Gayle Killilea Dunne, and, that pursuant to Rules 2002 and 9010 of the Rules of Bankruptcy Procedure, requests that all notices sent in this case and all papers and pleadings filed in this case be served upon the undersigned as follows:

> Eric Henzy, Esq.
> Reid and Riege, P.C.
> Counsel for Gayle Killilea Dunne
> One Financial Plaza, 21st Floor
> Hartford, CT  06103
> P (860) 278-1150
> F (860) 240-1002
> E-mail:  ehenzy@rrlawpc.com

Dated at Hartford, Connecticut this 16th day of May, 2013.

/s/ Eric Henzy
Eric Henzy
Federal Bar No. ct12849
Reid and Riege, P.C.
One Financial Plaza, 21st Floor
Hartford, CT  06103
P (860) 278-1150
F (860) 240-1002
E-mail:  ehenzy@rrlawpc.com

-1-

# CERTIFICATE OF SERVICE

     I hereby certify that on the 16th day of May, 2013, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                  /s/ Eric Henzy
                                                  Eric Henzy

00000.000/581899.1